USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/25/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

ERIKA ALEXANDRIA, *on behalf of herself and all*          :
*others similarly situated*,                                             :
                                                                                  :
                                                    Plaintiff,          :          1:25-cv-9864-GHW
                                                                                  :
                        -against-                                       :          ORDER
                                                                                  :
COCLICO, INC.,                                                        :
                                                                                  :
                                                    Defendant.    :
-------------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

In the Court's order dated December 1, 2026, Dkt. No. 5, the parties were directed to submit a joint status letter and proposed case management plan to the Court no later than March 24, 2026. The Court has not received the joint status letter or proposed case management plan. The parties are directed to comply with the Court's December 1, 2025 order forthwith and in any event no later than March 26, 2026.

SO ORDERED.

Dated: March 25, 2026
New York, New York                          _____
                                                            GREGORY H. WOODS
                                                            United States District Judge